DANIEL G. BODGEN
United States Attorney
ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-mj-00061-GWF |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS THE COMPLAINT AS TO KERRY FLANAGAN |
| v. | |
| KERRY FLANAGAN, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby moves for leave to dismiss this case against KERRY FLANAGAN. This case was filed on February 2, 2007, and an Arrest Warrant issued on the same day. The Arrest Warrant was returned on March 5, 2007, as being executed as the Defendant KERRY FLANAGAN was arrested by a local agency.

WHEREFORE, the government hereby moves for leave to dismiss the Complaint in this matter against defendant KERRY FLANAGAN with prejudice.

Dated this 21st day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson
ERIC JOHNSON
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-mj-00061-GWF |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| KERRY FLANAGAN, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

Based on the foregoing motion of the government, leave is hereby granted and this matter is dismissed with prejudice as to defendant KERRY FLANAGAN.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:   January 28, 2014

2